"2010 - AÑO DEL BICENTENARIO DE LA REVOLUCIÓN DE MAYO"



**Ministerio de Relaciones Exteriores,
Comercio Internacional y Culto**

File N° 3209/2010

Note N°: 11.125
Letter: DIAJU; ZCRJA

Buenos Aires,

Office of International Affairs - Criminal Division
United States Department of Justice
1301 New York Avenue. NW
Washington DC 20005
Tel. (1-202) 616-0546
Fax: 514-0080
S              /              D

     I am pleased to write you in regards to the file **"ELAZAR, RAFAEL….S/ DEFRAUDACION POR ADMINISTRACION FRAUDULENTA" (53.947/08)**, in procedure before the National Pretrial Corurt in Criminal Matters Nro. 5, from the City of Buenos Aires.

     In relation to the file, you will find attached a petition for assistance, issued by the Court in order to obtain your cooperation, as established by the **"Inter-American Convention on Mutual Assistance in Criminal Matters (Nassau, May 23rd, 1992)"**.

     It is relevant to say, that the petition has been issued according to art. 26 of the named Convention, and it is sent directly to you, since **this Office in the Central Authority appointed by the Argentine Republic**, according to its art. 3.

     Best regards.

Att. 10 pgs.
mbs

Dr. Diego Martín Solerno
Coordinador de Cooperación
Internacional en Materia Penal

Generado por DIAJUGES BNO:10690/2010

TRADUCCION PÚBLICA. TRANSLATION. ----------------------------

[At the top of all pages there appear the seal of the Court and the signatures and seal of the Pre-trial Judge: Manuel de Campos and the Clerk ad hoc Melina de Bairos Moura]. -----------

JUDICIAL POWER OF THE NATION. ---------------------------------

LETTERS ROGATORY.-------------------------------------------------

MANUEL DE CAMPOS, in charge of National Pretrial Court in Criminal Matters No. 5 of the Federal Capital of the Argentine Republic, Clerks´ Office No. 116 in charge of Melina de Bairos Moura, attorney at law. ----------------------------------------------

To the Judge having jurisdiction in the City of Miami, State of Florida, United States of America. ------------------------------------

GREETINGS: -------------------------------------------------------------

I hereby advise Your Honor that before this National Pre Trial Court in Criminal Matters No.5, under my charge, Clerks Office No.116 where Melina de Bairos Moura, attorney at law, sits; located at Talcahuano Street- Number 550, 6° Floor, Office 6007 of he City of Buenos Aires, Argentine Republic, it is pending the case no. 53.947/08 entitled "ELAZAR, RAFAEL... S/ DEFRAUDACION POR ADMINISTRACION FRAUDULENTA" (ELAZAR, RAFAEL... IN RE: FRAUD), in which I have jurisdiction over the subject-matter of the case. In this proceedings, I order the issuance of this Letters Rogatory in order to request to Your Honor, through to whom it may concern, to let the responsible

for "Mellon United National Bank" know, which has domicile at number 1399 S. W. First Avenue, Miami, Florida 33130-4338, that it should inform to this Court if Javier Enrique Pendzik (holder of National Identity Document No. ▮▮▮▮▮), Moises Pendzik (holder of National Identity Document No. ▮▮▮▮▮) and/or Amalia Kulkin (holder of identity document No. ▮▮▮▮▮) were or are the holders of the accounts or investments in this entity from the year 1995.------------------------

If so, the certified copies of the account statements and the documentation used for the opening of the accounts and their subsequent transactions should be submitted to this Court. ------

Likewise, the data of the authorized persons to perform relevant transactions and the usual procedure to perform transfers and withdrawals should be provided to this Court.------------------------

Finally, it is requested to inform to this Court if the document, the certified copy of it is attached hereto, is genuine based on the information therein contained and as compared to the information kept in your records. --------------------------------------

The action was brought about by Javier Enrique Pendzik, Moisés Pendzik and Amalia Kulkin, against RAFAEL ELAZAR , for fraud offense, set forth and punished by section 173, subsection 7 of the Penal Code of the Nation. Likewise I let you know that in this case Javier Penzik, Moisés Pendzik and Amalia Kulkin are plaintiffs and Marcelo Ruilopez, attorney at

law, in charge of National Prosecutors Office in the Pre Trial Court in Criminal Matters No. 18, is representing the Office of the Public Prosecutor. ------------------------------------------------

As legal precaution, the rule applicable to the Penal Code of the Nation is transcribed: ------------------------------------------------

*"Section 172: The person that deceives other under a false name, false condition, false positions, false influence, abuse of confidence or pretending to have property, credit, commission, business or transaction or by means of any misleading action or deceit shall be punished with imprisonment from one month to six years. Section 173:...Notwithstanding the general provision of the aforementioned section, special cases of fraud shall be considered and shall undergo the punishment herein established ... subsection 7) Any person that, according to law, to authority or by a judicial act, had the management, administration or custody of goods or pecuniary interests belonging to others, with the intention of obtaining illegal profits for himself/herself or for a third person or of causing damage, breaching his duties, injured the interests trusted or improperly bound to the owner thereof...".* ------------------------------------------

In this case RAFAEL ELAZAR is accused of misapplying on his own benefit the amount of US$167,141.19 (one hundred sixty seven thousand one hundred and forty-one with nineteen cents United States dollars), that Javier Enrique Pendzik, Moisés

Pendzik and Amalia Kulkin had given him in order to invest it in foreign institutions, in his capacity of responsible officer for the firm "R Consulting", engaged in this business; thus causing damage on the property that was entrusted to him by the named persons. The relationship between the parties was started in 1995 and got stronger through the years where they met frequently at Elazar's premises located ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ of this city and he rendered account of the management, delivering statements which were supposedly issued by such foreign institutions. The accused also provided advice to his clients and as a consequence of this, in the year 2001, the injured party, decided to concentrate their investments on "Newton Fund Managers Limited"; in 2004, they transferred the funds to the "Man Investments"(located in Ireland) and "Mellon United National Bank (located in the United States of America and for which ELAZAR was the representative in Argentina); in this latter case, the investment demanded the injured party to open an account since it was performed through the subsidiary located in Ireland, "Mellon Global Investments Limited"; finally, in 2007, they decided to redefine the invested funds and the placement methodology and they so informed to ELAZAR. In September 2008, the request was completed regarding the funds invested in "Man Investments", and therefore the invested funds were

concentrated on "Mellon United Bank" and its subsidiary, "Mellon Global Investments". By mid 2008 ELAZAR informed the injured party that due to the global financial crisis, there were several problems he was devoted to solve in order to allow the pending funds to be reimbursed; however from that moment onwards his evasive answers were repeated; this raised a suspicion on the plaintiffs regarding the regular management of the accused and caused them to demand him to render accounts by means of certified letter, electronic mail and personally, in spite of which he did not answer. Therefore, they started some research and found out that since 2004, there were no records of any funds, accounts or transfers in their names in "Mellon Global Funds". They established that there is a record of the transfer of the funds of "Man Investments" through the account "Mellon United Bank", but there were no records of the deposits made directly by ELAZAR in "Mellon Global Investments", and that he had only invested part of the funds delivered by the injured party, misapplying in his own benefit the rest of the amount resulting in a damage by U$S 167.141,19 (United States dollars one hundred and sixty-seven thousand one hundred and forty one with nineteen cents). In this same context, the authorities of "Mellon Bank..." let Javier Pendzik know that the statement that the accused had provided him was false, and that although the data provided in the head

letter regarding the account bank were true, the breakdown of movements were not which supposedly corresponded to 2006. In short, that ELAZAR had made that document himself of had someone else make it, and that he later hand it in to the injured party in order to make them believe that he was managing their funds properly. ------------------------------------------------------------

As legal precaution, the pertinent part of ruling that orders the issuance of this letters rogatory is transcribed. *"A letters Rogatory be issued to the judge having jurisdiction in the City of Miami, State of Florida, United States of America in order to request, through to whom it may concern, to let the responsible for "Mellon United National Bank" know, having domicile at number 1399 S. W. First Avenue, Miami, Florida 33130-4338, that he should have to inform to this Court if Javier Enrique Pendzik (holder of National Identity Document nro. ▓▓▓▓), Moises Pendzik (holder of National Identity Document nro. ▓▓▓▓) and/or Amalia Kulkin (holder of identity document Nro. ▓▓▓▓ vere or are the holders of the accounts or investments in this entity from the year 1995. If so, the certified copies of the account statements and the documentation used for the opening of the accounts and their subsequent transactions should be submitted to this Court. Likewise, the data of the authorized persons to perform relevant transactions and the usual procedure to perform transfers and withdrawals*

CLAUDIA M.
TRADUCTORA
INGLES - IN
C.T.P.C.B.A. MAT

*should be provided to this Court. Finally, it is requested to inform to this Court if the document, the certified copy of which is attached on page 193 is genuine, based on the information therein contained and as compared to the information kept in your records. To that purpose, a certified photocopy should be attached hereto".* ----------------------------------------------------------------

GIVEN, SIGNED AND SEALED, at the court room where I sit, in the city of Buenos Aires, on this tenth day of July of the year two thousand and ten ---------------------------------------------------------

(There appear two illegible signatures followed by the expressions: Manuel de Campos–Pre Trial Judge and Melina de Bairos Moura - Clerk ad-hoc). -----------------------------------------

I HEREBY CERTIFY that the foregoing signature belongs to the clerk of this Court, Melina de Bairos Moura, attorney at law, in charge of Clerk's Office No. 116 of this Court, and she has signed and stamped her seal before me and it is the same she always sets. Buenos Aires, on this tenth day of May of the year two thousand and ten. --------------------------------------------------

(There follows an illegible signature and the expression: Manuel de Campos–Pre Trial Judge). -----------------------------------------

----------------------------------------------------------------------

There follows a Statement of Account written in English language. -----------------------------------------------------------

----------------------------------------------------------------------

BERTUCCI
PÚBLICA
SC. 2605
T° IX F° 439

23284 53888
27/05/2010

JUDICIAL POWER OF THE NATION. ----------------------------------

National Court of Appeals in Criminal and Correctional Matters:

Mr. MARIO FILOZOF, attorney at law, President of the Court of Appeals in Criminal and Correctional Matters of the Federal Capital of the Argentine Republic, hereby certifies that: Mr. Manuel de Campos, attorney at law, holds the office of Regular Judge in charge of the National Pre Examination Court in Criminal Matters No.5, and that the foregoing signature belongs to him and it is the same of that appearing in the Register of signatures of the Human Resources Clerks' Office of the Court. I issue these presents on this twelfth day of the month of May of the year two thousand and ten. There follows an illegible signature and the expression MARIO FILOZOF. President. -------

-----------------------------------------------------------------------

I, DO HEREBY CERTIFY the foregoing to be a true and accurate translation into English of the original document in Spanish which I have had before me and which is hereunto annexed. Buenos Aires, on this twenty-sixth day of the month of May of the year two thousand and ten. --------------------------------------

ES TRADUCCION FIEL del documento original en idioma castellano al inglés que he tenido a la vista y al que me remito, en Buenos Aires a los 26 días del mes de mayo de 2010. --------



COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE BUENOS AIRES
           a la Legalización
    53888/0
    
MATIAS HAIKINS

CLAUDIA M. BERTUCCI
TRADUCTORA PÚBLICA
INGLES - INSC. 2605
C.T.P.C.B.A. MAT. T° IX F° 439